**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Serivces,
Respondent,

v.

Amy Greer and Tracy Scott Young, Defendants,

Of whom Tracy Scott Young is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-002563

---

Appeal From Greenville County
Katherine H. Tiffany, Family Court Judge

---

Unpublished Opinion No. 2017-UP-254
Submitted June 16, 2017 – Filed June 20, 2017

---

**AFFIRMED**

---

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Megan Goodwin Burke, of Law Office of Megan Goodwin Burke, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Tracy Scott Young appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Young's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.